ARTHUR LOKOS, Respondent, *v.* NEW AMSTERDAM CASUALTY CO., Appellant.

Supreme Court, Appellate Term, First Department, January 5, 1950.

*Joseph F. Lenihan* and *Frederick Mellor* for appellant.

*Eugene J. Morris* and *Alfred J. Callahan* for respondent.

Judgment affirmed, with $25 costs.

Concur: HAMMER, HOFSTADTER and EDER, JJ.